JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CLARENCE SHELDON JUPITER,<br><br>　　　　　　　　Petitioner,<br><br>　　v.<br><br>KEVIN McALEENAN et al.,<br><br>　　　　　　　　Respondents. | CASE NO. 5:19-cv-2044-DOC (SK)<br><br>**JUDGMENT** |

Pursuant to the Order Granting Respondents' Motion to Dismiss Petition, **IT IS ADJUDGED** that the petition for writ of habeas corpus and this action are dismissed.

DATED: July 10, 2020

_/s/ David O. Carter_

DAVID O. CARTER
U.S. DISTRICT JUDGE